**HALEY WEINBLATT & CALCAGNI, LLP**
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

July 10, 2014

United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Attn: Saritha Komatireddy
    Assistant U.S. Attorney

        RE: <u>United States v. Philip Kenner & Tommy C. Constantine</u>
           Docket Number: 13-CR-607 (JFB)

Dear Ms. Komatireddy:

    In furtherance of the defendant's request for Rule 16 material, it is requested that the exhibits introduced into evidence during the course of Mr. Kenner's testimony in 2011 before the Security and Exchange Commission be provided. Although the transcript of his testimony has been provided, the exhibits are missing.

    Given the sheer volume of Rule 16 material provided to date, we may have overlooked the exhibits. If so, kindly reference the disc and discovery heading where the exhibits may be located. Otherwise, I look forward to your continued courtesy and cooperation in moving the matter forward with timely Rule 16 disclosure.

                                  Very truly yours,

                                  ***Richard D. Haley***

                                  RICHARD D. HALEY

RDH/jm
Enc.