### CRIMINAL CAUSE FOR DETENTION HEARING

BEFORE: Bianco,J.

DATE:11/18/2014          TIME 11:00 a.m.  Time in court:1hr 24 min.

DOCKET NUMBER:  CR 13-0607        TITLE: USA v. Phillip Kenner

DEFT NAME: Phillip Kenner       DEFT: # 1
 X  PRESENT___NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Richard Haley
 X PRESENT       NOT PRESENT       RETAINED      X   C.J.A.
                                 X    FED. DEF. OF NY, INC.

A.U.S.A.:James Miskiewicz     DEPUTY CLERK:Jasmine Torres

PROBATION:

COURT REPORTER:___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
__H. RAPAPORT __M. FOLEY__D. TURSI X  O. WICKER ___S. PICOZZI

 INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO                                         FOR

___ MOTION CONFERENCE HELD ON                    'S MOTION TO

___ ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED.
                        ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-          START DATE: //14 XSTRT
                           STOP DATE: //14 XSTOP

___NEXT STATUS CONFERENCE IS  SET FOR

 X  DEFTS. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR

___ MOTIONS TO BE MADE BY

___ RESPONSE BY GOVERNMENT BY

___  **REPLY IF ANY BY**_____

___  **HEARING SET FOR:**_____

___  **OTHER:**_____